DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STANLEY MAGER,**
Appellant,

v.

**GUARDIANSHIP OF RUTH KREPS MAGER** and **ROSANNE KATZ,**
Appellees.

No. 4D2025-0856

[May 7, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas Richard Lopane, Judge; L.T. Case No. 062018CP000617A001CE

Robert Biasotti and Brandon Stuart Vesely of The Florida Appellate Firm, P.A., St. Petersburg, for appellant.

Nicole Marie Martell of Di Pietro Partners, PLLC, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***